**AIRPRO DIAGNOSTICS, LLC**
**v.**
**DREW TECHNOLOGIES, INC., et al.**

# EXHIBIT A
**TO COMPLAINT AND JURY DEMAND**

AutoEnginuity, L.L.C.
ScanTool and SpeedTracer License Agreement

This is a legal agreement between you (either an entity or an individual) and AutoEnginuity, L.L.C., ("AutoEnginuity").  By installing the software and using the hardware you agree to be bound by the terms of this Agreement.  If you do not agree to the terms of this Agreement, promptly return the software and accompanying items (including written materials) to the place from which you obtained them for a full refund.

1.      GRANT OF LICENSE. AutoEnginuity grants to you the right to use one copy of the enclosed AutoEnginuity software program (the "SOFTWARE") on a single computer along with the enclosed OBD-II connector and cable (the "HARDWARE"). The SOFTWARE is in "use" on a computer when it is loaded into temporary memory (i.e., RAM) or installed into permanent memory (e.g., hard disk or CD-ROM) of that computer. However, installation on a network server for the sole purpose of distribution to one or more other computer(s) shall not constitute "use" for which a separate license is required.  If the SOFTWARE is an update or has been updated, such updated SOFTWARE shall be subject to the terms of this License Agreement.

2.      COPYRIGHT. The SOFTWARE is owned by AutoEnginuity and is protected by United States copyright laws and international treaty provisions. Therefore, you must treat the SOFTWARE like any other copyright material (e.g. musical recording or a book) except that you may either (a) make one copy of the SOFTWARE solely for backup, or (b) transfer the SOFTWARE to a single hard disk provided you keep the original solely for backup or archival purposes. You may not copy the written materials accompanying the SOFTWARE.

3.      OTHER RESTRICTIONS. You may not rent or lease the SOFTWARE, but you may transfer the SOFTWARE and all accompanying written materials on a permanent basis provided you retain no copies and the recipient agrees to the terms of this Agreement. If the SOFTWARE is an update or has been updated, any transfer must include the most recent update and all prior versions. You may not reverse engineer, decompile, or disassemble the SOFTWARE and/or HARDWARE except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

This Agreement shall be governed by the laws of the State of Arizona.

LIMITED WARRANTY

LIMITED WARRANTY.  AutoEnginuity warrants that the SOFTWARE and HARDWARE will perform substantially in accordance with the accompanying written materials for a period of thirty (90) days from the date of receipt. Any implied warranties on the SOFTWARE and HARDWARE are limited to one year. Some states/jurisdictions do not allow limitations on duration of an implied warranty, so the above limitations may not apply to you.

CUSTOMER REMEDIES.  AutoEnginuity and its suppliers' entire liability and your exclusive remedy shall be, at AutoEnginuity's option, either (a) return of the

original price paid or (b) repair or replacement of the SOFTWARE and/or HARDWARE that does not meet AutoEnginuity's Limited Warranty and which is returned to AutoEnginuity with a copy of your receipt. This Limited Warranty is void if failure of the SOFTWARE and/or HARDWARE has resulted from accident, abuse, or misapplication. Any replacement SOFTWARE or HARDWARE will be warranted for the remainder of the original warranty period or thirty (90) days, whichever is longer. Warranty service will not be provided without proof of dated purchase, without the packaging from the original shipment.

NO OTHER WARRANTIES.  To the maximum extent permitted by law, AutoEnginuity and its suppliers disclaim all other warranties, either express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose, with regard to the SOFTWARE, HARDWARE, and the accompanying written materials. This limited warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction.

NO LIABILITY FOR CONSEQUENTIAL DAMAGES.  To the maximum extent permitted by law, in no event shall AutoEnginuity or its suppliers be liable for any damages whatsoever (including, without limitation, damages for loss of business profits, business interruption, loss of business information, or other pecuniary loss) arising out of the use of or inability to use this AutoEnginuity SOFTWARE or HARDWARE, even if AutoEnginuity has been advised of the possibility of such damages. Because some states/jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages, the above limitation may not apply to you.

U.S. GOVERNMENT RESTRICTED RIGHTS
The SOFTWARE, hardware, and documentation are provided with RESTRICTED RIGHTS. Use, duplication or disclosure by the Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of The Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c)(1) and (2) of the Commercial Computer Software -- Restricted Rights at 48 CFR 52.227-19, as applicable. Manufacturer is AutoEnginuity, L.L.C., 2039 N Pomelo ST, Mesa, AZ 85215.

Copyright (c) 2002-2014 AutoEnginuity, L.L.C.  All Rights Reserved.

ScanTool:Form01/04/14