**AIRPRO DIAGNOSTICS, LLC**
**v.**
**DREW TECHNOLOGIES, INC., et al.**

# EXHIBIT E

**TO COMPLAINT AND JURY DEMAND**



March 11, 2020

AirPro Diagnostics

RE:     Ford Motor Company lawsuit

Dear Lonnie Margol

We have reviewed the complaint that was recently filed by Ford Motor Company against Airpro Diagnostics in the Eastern District of Michigan, which references products from one of the Opus IVS companies, AutoEnginuity, LLC.  While the allegations in the complaint may or may not be accurate, we want to confirm and clarify a couple of points:

1. Please confirm that AirPro is not representing to its customers or with the market that (i) a scan performed using an AutoEnginuity tool or product is originating from "OEM Scantool Software" or (ii) that a scan performed using AutoEnginuity Giotto is "an OE Scan or equivalent to an OE scan." While we believe that the AutoEnginuity tools and products among the best in the industry with comprehensive coverage, we do not and have not represented that performing a scan with AutoEnginuity Giotto is the same as an OE scan performed using IDS, FDRS, or FJDS.

2. As you know, AutoEnginuity does not have license to use the Ford "blue oval" logo or mark, nor has it conveyed any license or right to use such marks to AirPro.  Our license and distribution agreements do not mention the Ford "blue oval" logo or any other trademarks not owned or licensed by AutoEnginuity. Please confirm that AirPro understands and agrees that AutoEnginuity has not conveyed any rights to use the Ford blue oval" trademark.

We appreciate your fast response to these concerns.  If you have any reason to disagree with the above statement, please contact me as soon as possible so that we can have a follow up discussion.  Thank you.

Brian Herron

President, Opus IVS

Brian.Herron@opusivs.com

(734) 780-6100

FORD001302