**AIRPRO DIAGNOSTICS, LLC**
**v.**
**DREW TECHNOLOGIES, INC., et al.**

# EXHIBIT H

**TO COMPLAINT AND JURY DEMAND**

**From:** Lonnie Margol (AirPro Diagnostics) <Lonnie.M@AirProDiag.com>
**Sent:** Thursday, September 2, 2021, 5:20 PM
**To:** Brian Herron
**Cc:** Chuck Olsen (AirPro Diagnostics); Michael Quinn (AirPro Diagnostics); Hal Koegler (AirPro Diagnostics)
**Subject:** Follow up

Brian,

We thank you for your time on the phone this past Saturday with Michael Quinn, Chuck Olsen and me. We acknowledge receipt of your letter dated August 25 and view your assertions that AirPro has marketed AE or your Giotto Platform as OEM software as factually incorrect and based on misguided allegations of others,  and that your allegation that AirPro is in violation of your user license agreement is without merit.

There can be no doubt that AirPro has been a very reliable partner and consistent customer of OPUS and AE for well over five years. We have purchased several thousand
tools, subscriptions and renewals totaling more than $3,000,000 and, as you are aware, have

2

provided critical product(s) functionality feedback to OPUS and AE to assist in the continuous improvement of your products. This feedback has been in the form of software bug reports and/or coverage gaps in comparison to OEM diagnostic software products and
J2534 hardware/firmware functions.

In an effort to continue the harmony our organizations have developed over the years and in view of your concerns,  AirPro has chosen to update its description to: *"AirPro utilizes a combination of licensed OEM scan-tool J2534 applications as well as what we believe to be the most comprehensive, multi-brand, aftermarket diagnostic applications directly connected to a vehicle"*.
In addition, we are willing to discuss a mutually beneficial solution with respect to any tools used for "self-directed and assisted scans."

We trust this adequately addresses the issues you raised and look forward to continuing and expanding our mutually beneficial partnership in this rapidly growing industry.

We await your reply as to the next steps moving forward.

Sincerely yours,
Lonnie Margol

## Lonnie Margol
### Chief Executive Officer
 (904) 717-1711 Ext 8003 Office
 (904) 616-3201 Cell



***Confidentiality Notice*** This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, replication, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**WARNING: This email is from an EXTERNAL source. Please exercise caution when opening attachments or clicking links.**