## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AIRPRO DIAGNOSTICS, LLC,
A Florida Limited liability company

        Plaintiff,                         Case No.  2:22-cv-12969

vs.

DREW TECHNOLOGIES, INC., a
Michigan corporation, OPUS IVS, INC.,
a Delaware corporation,
AUTOENGINUITY, LLC, an Arizona
limited liability company, and
BRIAN HERRON, an individual,

        Defendants.                                   /

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    Notice is hereby given to this Court and all counsel of record that Rachel N. Hanson of Hooper Hathaway, P.C., enters her appearance as counsel for all Defendants in the above-captioned case.

                                Respectfully submitted,

Dated: January 13, 2023      BY:   /s/Rachel N. Hanson
                                   Rachel N. Hanson (P82828)
                                   HOOPER HATHAWAY, P.C.
                                   126 South Main Street
                                   Ann Arbor, MI 48104
                                   (734) 662-4426
                                   rhanson@hooperhathaway.com
                                   Attorneys for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 13, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.


Dated: January 13, 2023          BY:   /s/Rachel N. Hanson
                                      Rachel N. Hanson (P82828)
                                      HOOPER HATHAWAY, P.C.
                                      126 South Main Street
                                      Ann Arbor, MI 48104
                                      (734) 662-4426
                                      rhanson@hooperhathaway.com
                                      Attorneys for Defendants