UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AIRPRO DIAGNOSTICS, LLC**, a Florida limited liability company,

       Plaintiff,

v.

**DREW TECHNOLOGIES, INC.**, a Michigan corporation, **OPUS IVS, INC.**, a Delaware corporation, **AUTOENGINUITY, LLC**, an Arizona limited liability company, and **BRIAN HERRON**, an individual,

       Defendants.

and

**OPUS IVS, INC**.

       Defendant/Counter-Plaintiff,

v.

**AIRPRO DIAGNOSTICS, LLC**, a Florida limited liability company,

       Plaintiff/Counter-Defendant.

Case No. 22-12969-LVP-EAS

Honorable Linda V. Parker

Magistrate Judge Elizabeth A. Stafford

**DEFENDANT/COUNTER-PLAINTIFF OPUS IVS, INC.'s WITNESS LIST**

**<u>Lay Witnesses</u>**

1

1. Brian Herron

2. Jay Horak

3. Joey Hendrick

4. Kevin Finn

5. Kevin Fitzpatrick

6. Andrew Betteley

7. Glen Eaton

8. Lonnie Margol

9. Chuck Olsen

10. Jonathan Brigman

11. Eric Applequist

12. Jason Blackston

13. Ron Gatto

14. Luis Vega

15. Jeanie Sanchez

16. Josh McFarlin

17. Corporate Representative of Ford Motor Co.

18. Steve Casella

19. Scott Bement

20. Scotty West

21. Hal Koegler

22. Eric Newell

23. Michael Quinn

24. Greg Potter

25. Brian Plott

26. Jared L. Cherry

27. Corporate Representative of Airpro Diagnostics, LLC

28. Corporate Representative of Opus IVS, Inc.

29. Any other witness or category of witness identified by any party to this action on their witness list.

30. Any other witness or category of witness to be identified in the course of discovery.

### Expert Witnesses

None at this time.

**********

Opus reserves the right to call as adverse witnesses all individuals named by any of the parties in their Initial Disclosures, responses to discovery requests, and any supplement thereto. Opus reserves the right to call any rebuttal witnesses required to respond to evidence presented by Plaintiff at the trial of this action. Opus

reserves the right to call any witnesses live or to use their deposition testimony. Opus reserves the right to amend and/or supplement these witness lists.

This the 9th day of February, 2024.

        WYRICK ROBBINS YATES & PONTON LLP

BY: /s/ Samuel A. Slater
Samuel A. Slater
NC Bar No. 43212 (admitted to E.D. Mich.)
Email: sslater@wyrick.com
T. Nelson Hughes, Jr.
NC Bar No. 59342 (admitted to E.D. Mich.)
Email: nhughes@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone.: (919) 781-4000
Facsimile:  (919) 781-4865

HOOPER HATHAWAY, P.C.

BY: /s/ William J. Stapleton
William J. Stapleton (P38339)
126 South Main Street
Ann Arbor, MI 48104
(734) 662-4426
wstapleton@hooperhathaway.com

*COUNSEL FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record, and that a copy has been sent via U.S. mail to the following:

Adam J. Brody
Ziyad I. Hermiz
VARNUM LLP
Bridgewater Place
333 Bridge St. NW, Suite 1700
P.O. Box 352
Grand Rapids, MI  49501-0352
ajbrody@varnumlaw.com
zihermiz@varnumlaw.com

      I declare that the above statements are true to the best of my knowledge, information and belief.

                              HOOPER HATHAWAY, P.C.

                    BY:   /s/ William J. Stapleton
                              William J. Stapleton (P38339)
                              126 South Main Street
                              Ann Arbor, MI 48104
                              (734) 662-4426
                              wstapleton@hooperhathaway.com

                              *Attorney for Defendants*