UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

AIRPRO DIAGNOSTICS, LLC,

        Plaintiff,        Civil Action No. 22-12969
                                  Honorable Linda V. Parker

v.

DREW TECHNOLOGIES, INCORPORATED, et al.,

        Defendant.
_____/

## ORDER STRIKING MOTION

The Court has reviewed the following document: **Defendants' Motion for Extension of Time to Respond to Plaintiff's Discovery Requests [ECF No. 31]**. The Court finds that it should be stricken for the following reasons:

☐ Missing statement of concurrence.  See LR 7.1(a).

☐ Over-length.  See LR 7.1(d)(3).

☐ Wrong font size.  See LR 5.1(a)(3).

☐ Missing required information (e.g.), concise statement of issues, controlling or most appropriate authority, etc.).  See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

■ Other: Failure to follow Judge Parker's practice guidelines with respect to

discovery motions.

Accordingly, the motion [ECF No. 31] is **STRICKEN.**  The motion may be refiled only after receiving permission from the Court to do so.

   **IT IS SO ORDERED.**

                                                    s/ Linda V. Parker  
                                                  LINDA V. PARKER  
                                                  U.S. DISTRICT JUDGE

Dated: February 27, 2024