UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company,<br><br>      Plaintiff/Counter-Defendant,<br><br>v.<br><br>DREW TECHNOLOGIES, INC., a Michigan corporation, OPUS IVS, INC., a Delaware corporation, AUTOENGINUITY, LLC, an Arizona limited liability corporation, and BRIAN HERRON, an individual,<br><br>      Defendants/Counter-Plaintiffs. | Case No. 22-12969-LVP-EAS<br><br>Honorable Linda V. Parker<br><br>Magistrate Judge: Elizabeth A. Stafford<br><br>**PLAINTIFF/COUNTER-DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND COMPLAINT [ECF #37]** |

| | |
|---|---|
| Adam J. Brody (P62035)<br>Ziyad I. Hermiz (P72236)<br>Francesca L. Parnham (P87300)<br>VARNUM LLP<br>*Attorneys for Plaintiff/Counter-Defendant*<br>Bridgewater Place<br>333 Bridge Street NW, 17th Floor<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>ajbrody@varnumlaw.com<br>zihermiz@varnumlaw.com | William J. Stapleton (P37339)<br>Rachel N. Hanson (P82828)<br>HOOPER HATHAWAY, PC<br>*Attorneys for Defendants/Counter-Plaintiffs*<br>126 S. Main Street<br>Ann Arbor, MI 48104<br>(734) 662-4426<br>wstapleton@hooperhathaway.com<br>rhanson@hooperhathaway.com<br><br>Samuel A. Slater<br>T. Nelson Hughes, Jr.<br>WYRICK ROBBINS YATES & PONTON LLP<br>*Attorneys for Defendants/Counter-Plaintiffs*<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC  27607<br>(919) 781-4000<br>sslater@wyrick.com<br>nhughes@wyrick.com |

## PLAINTIFF/COUNTER-DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND COMPLAINT [ECF #37]

NOW COMES Plaintiff/Counter-Defendant, AirPro Diagnostics, LLC, by and through its counsel, VARNUM LLP, and hereby withdraws its Motion for Leave to Amend Complaint (ECF No. 37).

                                Respectfully submitted,

                                VARNUM LLP
                                Attorneys for Plaintiff/Counter-Defendant

Dated:  October 23, 2024        By*: /s/ Adam J. Brody*   _____
                                Adam J. Brody (P62035)
                                Ziyad I. Hermiz (P72236)
                                Francesca Parnham (P87300)
                                VARNUM LLP
                                Bridgewater Place
                                333 Bridge St. NW, Suite 1700
                                P.O. Box 352
                                Grand Rapids, MI 49501-0352
                                Tel: (616) 336-6000
                                ajbrody@varnumlaw.com
                                zihermiz@varnumlaw.com
                                flparnham@varnumlaw.com

26425017.1