# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AIRPRO DIAGNOSTICS, LLC,

    Plaintiff,

v.

                                          Case No. 22-12969
                                          Honorable Linda V. Parker

DREW TECHNOLOGIES, INC., et al.,

    Defendant.

_____/

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

This matter comes before the Court on the parties' joint motion to modify scheduling order. The Court having reviewed the motion,

**IT IS ORDERED** that the motion is **GRANTED** and the following deadlines will apply:

| YOU WILL RECEIVE NO FURTHER NOTICE OF THESE DATES | |
| --- | --- |
| Facilitation Completed By: | January 25, 2025 |
| Dispositive Motion Cut-off Filed By: | February 15, 2025 |
| Jury Trial:  Yes ■  No ☐ | |

**REFER TO THE COURT'S PRACTICE GUIDELINES FOR INFORMATION RELEVANT TO THE DATES AND ACTIVITIES SET FORTH ABOVE**

    **IT IS SO ORDERED**.

                                          s/ Linda V. Parker
                                          LINDA V. PARKER
Dated: November 25, 2024                U.S. DISTRICT JUDGE