UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company, | Case No. 22-12969-LVP-EAS |
| Plaintiff, | Honorable Linda V. Parker |
| v. | Magistrate Judge: Elizabeth A. Stafford |
| DREW TECHNOLOGIES, INC., a Michigan corporation, OPUS IVS, INC., a Delaware corporation, AUTOENGINUITY, LLC, an Arizona limited liability corporation, and BRIAN HERRON, an individual, | **STIPULATED ORDER FOR FACILITATIVE MEDIATION** |
| Defendants. | |
| and | |
| OPUS IVS, INC. | |
| Defendant/Counter-Plaintiff, | |
| v. | |
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company, | |
| Plaintiff/Counter-Defendant. | |
| Adam J. Brody (P62035)<br>Ziyad I. Hermiz (P72236)<br>Francesca L. Parnham (P87300)<br>VARNUM LLP<br>Attorneys for Plaintiff/Counter-Defendant<br>Bridgewater Place<br>333 Bridge Street NW, 17th Floor<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352 | William J. Stapleton (P37339)<br>HOOPER HATHAWAY, PC<br>Attorneys for Defendants/Counter-Plaintiff<br>126 S. Main Street<br>Ann Arbor, MI 48104<br>(734) 662-4426<br>wstapleton@hooperhathaway.com |

1

| | |
|---|---|
| (616) 336-6000<br>ajbrody@varnumlaw.com<br>zihermiz@varnumlaw.com<br>flparnham@varnumlaw.com | Samuel A. Slater (#43212)<br>T. Nelson Hughes, Jr.  (#59342)<br>WYRICK ROBBINS YATES & PONTON LLP<br>Attorneys for Defendants/Counter-Plaintiff<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607<br>(919) 781-4000<br>sslater@wyrick.com<br>nhughes@wyrick.com |

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise fully advise in the premises,

The Court determines that this case would benefit from facilitation, and pursuant to E.D. Mich. L.R. 16.4, it is **ORDERED** that this matter is hereby referred to facilitative mediation. The parties have chosen **Richard Soble** as Mediator and have secured a mediation date of January 15, 2025. The Mediator is granted the discretion to schedule additional sessions as necessary to facilitate resolution of this dispute, provided the mediation is completed by **February 15, 2025**. All parties or individuals with settlement authority are required to attend the facilitative mediation sessions. All parties are directed to attend all scheduled mediation session(s) with their respective counsel of record. Corporate parties must be represented by an agent with authority to negotiate a binding settlement.

It is further **ORDERED** that the facilitative mediation shall be conducted in the manner and method prescribed by E.D. Mich. L. R. 16.4.

IT IS SO ORDERED.

                                            s/ Linda V. Parker
                                            LINDA V. PARKER
                                            U.S. DISTRICT JUDGE

Dated: November 25, 2024

Stipulated to:

                                            VARNUM LLP

Dated: November 25, 2024        BY: /s/ Adam J. Brody
                                            Adam J. Brody (P62035)
                                            Ziyad I. Hermiz (P72236)
                                            Francesca L. Parnham (P87300)
                                            Bridgewater Place
                                            333 Bridge Street NW, 17th Floor
                                            P.O. Box 352
                                            Grand Rapids, MI 49501-0352
                                            (616) 336-6000
                                            ajbrody@varnumlaw.com
                                            zihermiz@varnumlaw.com
                                            flparnham@varnumlaw.com
                                            *Attorneys for Plaintiff/Counter-Defendant*

                                            WYRICK ROBBINS YATES & PONTON LLP

Dated: November 25, 2024        BY: /s/ Samuel A. Slater
                                            Samuel A. Slater (NC Bar No. 43212)
                                            T. Nelson Hughes, Jr.  (NC Bar No. 59342)
                                            4101 Lake Boone Trail, Suite 300
                                            Raleigh, NC 27607
                                            (919) 781-4000
                                            sslater@wyrick.com
                                            NHughes@wyrick.com


                                            BY: /s/ William J. Stapleton
                                            HOOPER HATHAWAY, PC

                William J. Stapleton (P37339)
                126 S. Main Street
                Ann Arbor, MI 48104
                (734) 662-4426
                wstapleton@hooperhathaway.com
                *Attorneys for Defendants/Counter-Plaintiff*