UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

AIRPRO DIAGNOSTICS, LLC, a
Florida limited liability company,

    Plaintiff,

v.

DREW TECHNOLOGIES, INC., a
Michigan corporation, OPUS IVS,
INC., a Delaware corporation,
AUTOENGINUITY, LLC, an Arizona
limited liability corporation, and
BRIAN HERRON, an individual,

    Defendants.
and

OPUS IVS, INC.

    Defendant/Counter-Plaintiff,
v.

AIRPRO DIAGNOSTICS, LLC, a
Florida limited liability company,

    Plaintiff/Counter-Defendant.

Case No. 22-12969-LVP-EAS

Honorable Linda V. Parker

Magistrate Judge: Elizabeth A. Stafford

---

| | |
|---|---|
| Adam J. Brody (P62035) | William J. Stapleton (P37339) |
| Ziyad I. Hermiz (P72236) | Rachel N. Hanson (P82828) |
| VARNUM LLP | HOOPER HATHAWAY, PC |
| Attorneys for Plaintiff/Counter-Defendant | Attorneys for Defendants/Counter-Plaintiff |
| Bridgewater Place | 126 S. Main Street |
| 333 Bridge Street NW, 17th Floor | Ann Arbor, MI 48104 |
| P.O. Box 352 | (734) 662-4426 |
| Grand Rapids, MI 49501-0352 | wstapleton@hooperhathaway.com |
| (616) 336-6000 | rhanson@hooperhathaway.com |

| | |
|---|---|
| ajbrody@varnumlaw.com<br>zihermiz@varnumlaw.com | Samuel A. Slater (#43212)<br>T. Nelson Hughes, Jr.  (#59342)<br>WYRICK ROBBINS LLP<br>Attorneys for Defendants/Counter-Plaintiff<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607<br>(919) 781-4000<br>sslater@wyrick.com<br>nhughes@wyrick.com |

## STIPULATION AND ORDER REGARDING MOTION TO COMPEL

WHEREAS, Plaintiff filed a Motion to Compel Production of Documents (ECF No. 44), Defendants filed a response to Plaintiff's motion (ECF No. 47), and Plaintiff filed a reply in support of its motion (ECF No. 50);

WHEREAS, the Court ordered the parties to participate in a Status Conference on January 24, 2025, and thereafter issued an Order to Meet and Confer (ECF No. 49); and

WHEREAS, the parties have complied with the Court's Order to Meet and Confer and have reached a resolution of the issues raised in Plaintiff's motion.

The parties, through their respective counsel, therefore stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's Motion is withdrawn as the parties have reached a resolution of the issues raised in Plaintiff's

1

motion. The parties shall retain the right to seek appropriate relief with the Court in connection with any issues that arise with respect to the parties' resolution. The parties shall each bear their own costs including attorneys' fees incurred in connection with Plaintiff's Motion.

STIPULATED AND AGREED TO BY:

 /s/ Adam J. Brody
Adam J. Brody (P62035)
Ziyad I. Hermiz (P72236)
VARNUM LLP
Attorneys for Plaintiff/Counter-Defendant
Bridgewater Place
333 Bridge Street NW, 17th Floor
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
ajbrody@varnumlaw.com
zihermiz@varnumlaw.com

Dated:  February 7, 2025

 /s/ Samuel A. Slater
Samuel A. Slater (#43212)
T. Nelson Hughes, Jr.  (#59342)
WYRICK ROBBINS LLP
Attorneys for Defendants/Counter-Plaintiff
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
(919) 781-4000
sslater@wyrick.com
nhughes@wyrick.com

Dated:  February 7, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>DREW TECHNOLOGIES, INC., a Michigan corporation, OPUS IVS, INC., a Delaware corporation, AUTOENGINUITY, LLC, an Arizona limited liability corporation, and BRIAN HERRON, an individual,<br><br>  Defendants.<br>and<br><br>OPUS IVS, INC.<br><br>  Defendant/Counter-Plaintiff,<br>v.<br><br>AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company,<br><br>  Plaintiff/Counter-Defendant. | Case No. 22-12969-LVP-EAS<br><br>Honorable Linda V. Parker<br><br>Magistrate Judge: Elizabeth A. Stafford |

| | |
|---|---|
| Adam J. Brody (P62035)<br>Ziyad I. Hermiz (P72236)<br>VARNUM LLP<br>Attorneys for Plaintiff/Counter-Defendant<br>Bridgewater Place<br>333 Bridge Street NW, 17th Floor<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000 | William J. Stapleton (P37339)<br>Rachel N. Hanson (P82828)<br>HOOPER HATHAWAY, PC<br>Attorneys for Defendants/Counter-Plaintiff<br>126 S. Main Street<br>Ann Arbor, MI 48104<br>(734) 662-4426<br>wstapleton@hooperhathaway.com<br>rhanson@hooperhathaway.com |

3

| | |
|---|---|
| ajbrody@varnumlaw.com<br>zihermiz@varnumlaw.com | Samuel A. Slater (#43212)<br>T. Nelson Hughes, Jr. (#59342)<br>WYRICK ROBBINS LLP<br>Attorneys for Defendants/Counter-Plaintiff<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607<br>(919) 781-4000<br>sslater@wyrick.com<br>nhughes@wyrick.com |

## ORDER REGARDING MOTION TO COMPEL

This matter having come before the Court on the stipulation of the parties, by and through their attorneys, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's Motion is withdrawn as the parties have reached a resolution of the issues raised in Plaintiff's motion.

**IT IS FURTHER ORDERED** that the parties shall retain the right to seek appropriate relief with the Court in connection with any issues that arise with respect to the parties' resolution. The parties shall each bear their own costs including attorneys' fees incurred in connection with Plaintiff's Motion.

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFAORD
United States Magistrate Judge

Dated:  February 10, 2025