UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company, | Case No. 22-12969-LVP-EAS |
| Plaintiff, | Honorable Linda V. Parker |
| v. | Magistrate Judge: Elizabeth A. Stafford |
| DREW TECHNOLOGIES, INC., a Michigan corporation, OPUS IVS, INC., a Delaware corporation, AUTOENGINUITY, LLC, an Arizona limited liability corporation, and BRIAN HERRON, an individual, | |
| Defendants. | |
| and | |
| OPUS IVS, INC. | |
| Defendant/Counter-Plaintiff, | |
| v. | |
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company, | |
| Plaintiff/Counter-Defendant. | |

| | |
|---|---|
| Adam J. Brody (P62035) | William J. Stapleton (P38339) |
| Ziyad I. Hermiz (P72236) | HOOPER HATHAWAY, PC |
| VARNUM LLP | Attorneys for Defendants/Counter-Plaintiff |
| Attorneys for Plaintiff/Counter-Defendant | 126 S. Main Street |
| Bridgewater Place | Ann Arbor, MI 48104 |
| 333 Bridge Street NW, 17th Floor | (734) 662-4426 |
| P.O. Box 352 | wstapleton@hooperhathaway.com |
| Grand Rapids, MI 49501-0352 | |

1

| | |
|---|---|
| (616) 336-6000<br>ajbrody@varnumlaw.com<br>zihermiz@varnumlaw.com | Samuel A. Slater (#43212)<br>T. Nelson Hughes, Jr.  (#59342)<br>WYRICK ROBBINS LLP<br>Attorneys for Defendants/Counter-Plaintiff<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607<br>(919) 781-4000<br>sslater@wyrick.com<br>nhughes@wyrick.com |

## STIPULATION AND ORDER REGARDING EXTENSION OF LR 7.1(d) PAGE LIMIT REGARDING PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

WHEREAS, Plaintiff and Defendants intend to file Motions for Summary Judgment ("Motion");

WHEREAS, pursuant to LR 7.1(d), the page limit for the text of a brief supporting a motion, including footnotes and signatures, is 25 pages; and

WHEREAS, Plaintiff and Defendants anticipate needing additional pages to adequately address the detailed facts and legal issues, which span a ten-year period of time and involve multiple parties and business relationships, to be addressed in their Motions;

WHEREAS, Counsel for Defendants and Counsel for Plaintiff have conferred with one another regarding the requested modification of the LR 7.1(d) page limit, and Counsel for Plaintiff and Counsel for Defendants have consented to the requested modification;

The parties, through their respective counsel, therefore stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the text of a brief in support of Plaintiff's and Defendants' Motions may exceed 25 pages, but shall not exceed 35 pages, including footnotes and signatures.

STIPULATED AND AGREED TO BY:

VARNUM LLP

/s/ Francesca L. Parnham
Adam J. Brody (P62035)
Ziyad I. Hermiz (P72236)
Attorneys for Plaintiff/Counter-Defendant
Bridgewater Place
333 Bridge Street NW, 17th Floor
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
ajbrody@varnumlaw.com
zihermiz@varnumlaw.com

Dated:  February 13, 2025

WYRICK ROBBINS LLP

/s/ T. Nelson Hughes, Jr.
Samuel A. Slater (#43212)
T. Nelson Hughes, Jr.  (#59342)
Attorneys for Defendants/Counter-Plaintiff
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
(919) 781-4000
sslater@wyrick.com
nhughes@wyrick.com

HOOPER HATHAWAY, PC

/s/ William J. Stapleton
William J. Stapleton (P38339)
Attorneys for Defendants/Counter-Plaintiff
126 South Main Street
Ann Arbor, MI  48104
(734)  662-4426
wstapleton@hooperhathaway.com

Dated:  February 13, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company, | Case No. 22-12969-LVP-EAS |
| Plaintiff, | Honorable Linda V. Parker |
| v. | Magistrate Judge: Elizabeth A. Stafford |
| DREW TECHNOLOGIES, INC., a Michigan corporation, OPUS IVS, INC., a Delaware corporation, AUTOENGINUITY, LLC, an Arizona limited liability corporation, and BRIAN HERRON, an individual, | |
| Defendants. | |

and

OPUS IVS, INC.

    Defendant/Counter-Plaintiff,

v.

AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company,

    Plaintiff/Counter-Defendant.

| | |
|---|---|
| Adam J. Brody (P62035) | William J. Stapleton (P38339) |
| Ziyad I. Hermiz (P72236) | HOOPER HATHAWAY, PC |
| VARNUM LLP | Attorneys for Defendants/Counter-Plaintiff |
| Attorneys for Plaintiff/Counter-Defendant | 126 S. Main Street |
| Bridgewater Place | Ann Arbor, MI 48104 |
| 333 Bridge Street NW, 17th Floor | (734) 662-4426 |
| P.O. Box 352 | wstapleton@hooperhathaway.com |
| Grand Rapids, MI 49501-0352 | |
| (616) 336-6000 | |

| | |
|---|---|
| ajbrody@varnumlaw.com<br>zihermiz@varnumlaw.com | Samuel A. Slater (#43212)<br>T. Nelson Hughes, Jr. (#59342)<br>WYRICK ROBBINS LLP<br>Attorneys for Defendants/Counter-Plaintiff<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607<br>(919) 781-4000<br>sslater@wyrick.com<br>nhughes@wyrick.com |

## ORDER REGARDING
## EXTENSION OF LR 7.1(d) PAGE LIMIT REGARDING
## PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

This matter having come before the Court on the stipulation of the parties, by and through their attorneys, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's and Defendants' Motions for Summary Judgment may exceed 25 pages, but shall not exceed 35 pages, including footnotes and signatures.

SO ORDERED.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 13, 2025

5