UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company,<br><br>              Plaintiff,<br><br>v.<br><br>DREW TECHNOLOGIES, INC., a Michigan corporation, OPUS IVS, INC., a Delaware corporation, AUTOENGINUITY, LLC, an Arizona limited liability company, and BRIAN HERRON, an individual,<br><br>              Defendants. | Case No. 22-cv-12969-LVP-EAS<br><br>Honorable Linda V. Parker<br><br>Magistrate Judge: Elizabeth A. Stafford |

| | |
|---|---|
| Adam J. Brody (P62035)<br>Ziyad I. Hermiz (P72236)<br>Francesca L. Parnham (P87300)<br>VARNUM LLP<br>Attorneys for Plaintiff<br>Bridgewater Place<br>333 Bridge Street NW, 17th Floor<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>ajbrody@varnumlaw.com<br>zihermiz@varnumlaw.com<br>flparnham@varnumlaw.com | William J. Stapleton (P38339)<br>HOOPER HATHAWAY, PC<br>Attorney for Defendants<br>126 S. Main Street<br>Ann Arbor, MI 48104<br>(734) 662-4426<br>wstapleton@hooperhathaway.com<br><br>Samuel A. Slater (NC # 43212)<br>T. Nelson Hughes, Jr.  (NC # 59342)<br>WYRICK ROBBINS YATES & PONTON LLP<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607<br>(919) 781-4000<br>sslater@wyrick.com<br>NHughes@wyrick.com |

**EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT IN THE TRADITIONAL MANNER**

NOW COMES the undersigned counsel for Defendants Drew Technologies, Inc., Autoenginuity, LLC, Opus IVS, Inc., and Brian Herron (collectively, "Defendants"), and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file an exhibit in the traditional manner. If granted, the exhibit would be filed via U.S. mail or brought to the Clerk's Office.

One exhibit to Defendants' Motion for Summary Judgment cannot be authentically converted to electronic form for the following reason: the exhibit is an electronic video file (.MP4 file).

For the foregoing reasons, the undersigned respectfully requests that this Court grant the leave sought in this motion.

                                  Respectfully submitted,

Date: February 20, 2025       BY: /s/ Samuel A. Slater
WYRICK ROBBINS YATES & PONTON LLP
Samuel A. Slater (NC Bar No. 43212)
T. Nelson Hughes, Jr. (NC Bar No. 59342)
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
(919) 781-4000
sslater@wyrick.com
NHughes@wyrick.com

BY: /s/ William J. Stapleton
HOOPER HATHAWAY, PC
William J. Stapleton (P38339)
126 S. Main Street
Ann Arbor, MI 48104
(734) 662-4426
wstapleton@hooperhathaway.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record at their respective email addresses as registered with same.

      HOOPER HATHAWAY, P.C.

      /s/ William J. Stapleton
      William J. Stapleton
      *Attorney for Defendants*