UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company, | Case No. 22-cv-12969-LVP-EAS |
| Plaintiff, | Honorable Linda V. Parker |
| v. | Magistrate Judge: Elizabeth A. Stafford |
| DREW TECHNOLOGIES, INC., a Michigan corporation, OPUS IVS, INC., a Delaware corporation, AUTOENGINUITY, LLC, an Arizona limited liability company, and BRIAN HERRON, an individual, | |
| Defendants. | |

| | |
|---|---|
| Adam J. Brody (P62035) <br> Ziyad I. Hermiz (P72236) <br> Francesca L. Parnham (P87300) <br> VARNUM LLP <br> Attorneys for Plaintiff <br> Bridgewater Place <br> 333 Bridge Street NW, 17th Floor <br> P.O. Box 352 <br> Grand Rapids, MI 49501-0352 <br> (616) 336-6000 <br> ajbrody@varnumlaw.com <br> zihermiz@varnumlaw.com <br> flparnham@varnumlaw.com | William J. Stapleton (P38339) <br> HOOPER HATHAWAY, PC <br> Attorney for Defendants <br> 126 S. Main Street <br> Ann Arbor, MI 48104 <br> (734) 662-4426 <br> wstapleton@hooperhathaway.com <br><br> Samuel A. Slater (NC # 43212) <br> T. Nelson Hughes, Jr. (NC # 59342) <br> WYRICK ROBBINS YATES & PONTON LLP <br> 4101 Lake Boone Trail, Suite 300 <br> Raleigh, NC 27607 <br> (919) 781-4000 <br> sslater@wyrick.com <br> NHughes@wyrick.com |

**NOTICE OF WITHDRAWAL OF EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT IN THE TRADITIONAL MANNER**

NOW COMES the undersigned counsel for Defendants Drew Technologies, Inc., Autoenginuity, LLC, Opus IVS, Inc., and Brian Herron (collectively, "Defendants"), and provides this Notice of Withdrawal of its Ex Parte Motion for Leave to File Exhibit in the Traditional Manner (ECF No. 55).

                                  Respectfully submitted,

Date: February 21, 2025        BY: /s/ Samuel A. Slater
WYRICK ROBBINS YATES & PONTON LLP
Samuel A. Slater (NC Bar No. 43212)
T. Nelson Hughes, Jr. (NC Bar No. 59342)
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
(919) 781-4000
sslater@wyrick.com
NHughes@wyrick.com

BY: /s/ William J. Stapleton
HOOPER HATHAWAY, PC
William J. Stapleton (P38339)
126 S. Main Street
Ann Arbor, MI 48104
(734) 662-4426
wstapleton@hooperhathaway.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record at their respective email addresses as registered with same.

                              HOOPER HATHAWAY, P.C.

                By:   /s/ William J. Stapleton
                           William J. Stapleton
                           *Attorney for Defendants*