UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company, | Case No. 22-12969-LVP-EAS |
| Plaintiff, | Honorable Linda V. Parker |
| v. | Magistrate Judge: Elizabeth A. Stafford |
| DREW TECHNOLOGIES, INC., a Michigan corporation, OPUS IVS, INC., a Delaware corporation, AUTOENGINUITY, LLC, an Arizona limited liability corporation, and BRIAN HERRON, an individual, | |
| Defendants. and | |
| OPUS IVS, INC. | |
| Defendant/Counter-Plaintiff, | |
| v. | |
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company, | |
| Plaintiff/Counter-Defendant. | |

| | |
|---|---|
| Adam J. Brody (P62035) | William J. Stapleton (P38339) |
| Ziyad I. Hermiz (P72236) | Rachel N. Hanson (P82828) |
| Francesca L. Parnham (P87300) | HOOPER HATHAWAY, PC |
| VARNUM LLP | Attorneys for Defendants/Counter-Plaintiff |
| Attorneys for Plaintiff/Counter-Defendant | 126 S. Main Street |
| Bridgewater Place | Ann Arbor, MI 48104 |
| 333 Bridge Street NW, 17th Floor | (734) 662-4426 |
| P.O. Box 352 | wstapleton@hooperhathaway.com |
| Grand Rapids, MI 49501-0352 | |

| | |
|---|---|
| (616) 336-6000 | Samuel A. Slater (#43212) |
| ajbrody@varnumlaw.com | T. Nelson Hughes, Jr. (#59342) |
| zihermiz@varnumlaw.com | WYRICK ROBBINS LLP |
| flparnham@varnumlaw.com | Attorneys for Defendants/Counter-Plaintiff |
| | 4101 Lake Boone Trail, Suite 300 |
| | Raleigh, NC 27607 |
| | (919) 781-4000 |
| | sslater@wyrick.com |
| | nhughes@wyrick.com |

**STIPULATION AND ORDER REGARDING EXTENSION OF LR 7.1(d) PAGE LIMIT REGARDING PLAINTIFF'S AND DEFENDANTS' RESPONSES TO THE MOTIONS FOR SUMMARY JUDGMENT**

WHEREAS, Plaintiff and Defendants intend to file Responses to the respective Motions for Summary Judgment ("Responses");

WHEREAS, pursuant to LR 7.1(d), the page limit for the text of a brief supporting a Response, including footnotes and signatures, is 25 pages; and

WHEREAS, Plaintiff and Defendants anticipate needing additional pages to adequately address the detailed facts and legal issues, which span a ten-year period of time and involve multiple parties and business relationships, to be addressed in their Responses;

WHEREAS, Counsel for Defendants and Counsel for Plaintiff have conferred with one another regarding the requested modification of the LR 7.1(d) page limit,

1

and Counsel for Plaintiff and Counsel for Defendants have consented to the requested modification;

The parties, through their respective counsel, therefore stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the text of a brief in support of Plaintiff's and Defendants' Responses may exceed 25 pages, but shall not exceed 35 pages, including footnotes and signatures.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| */s/ Adam J. Brody* | /s/ T. Nelson Hughes, Jr. |
| Adam J. Brody (P62035) | Samuel A. Slater (#43212) |
| Ziyad I. Hermiz (P72236) | T. Nelson Hughes, Jr. (#59342) |
| Francesca L. Parnham (P87300) | WYRICK ROBBINS LLP |
| VARNUM LLP | Attorneys for Defendants/Counter-Plaintiff |
| Attorneys for Plaintiff/Counter-Defendant | 4101 Lake Boone Trail, Suite 300 |
| Bridgewater Place | Raleigh, NC 27607 |
| 333 Bridge Street NW, 17th Floor | (919) 781-4000 |
| P.O. Box 352 | sslater@wyrick.com |
| Grand Rapids, MI 49501-0352 | nhughes@wyrick.com |
| (616) 336-6000 | |
| ajbrody@varnumlaw.com | Dated: March 10, 2025 |
| zihermiz@varnumlaw.com | |
| flparnham@varnumlaw.com | |

Dated: March 10, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company, | Case No. 22-12969-LVP-EAS |
| Plaintiff, | Honorable Linda V. Parker |
| v. | Magistrate Judge: Elizabeth A. Stafford |
| DREW TECHNOLOGIES, INC., a Michigan corporation, OPUS IVS, INC., a Delaware corporation, AUTOENGINUITY, LLC, an Arizona limited liability corporation, and BRIAN HERRON, an individual, | |
| Defendants. | |
| and | |
| OPUS IVS, INC. | |
| Defendant/Counter-Plaintiff, | |
| v. | |
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company, | |
| Plaintiff/Counter-Defendant. | |

| | |
|---|---|
| Adam J. Brody (P62035) | William J. Stapleton (P37339) |
| Ziyad I. Hermiz (P72236) | Rachel N. Hanson (P82828) |
| VARNUM LLP | HOOPER HATHAWAY, PC |
| Attorneys for Plaintiff/Counter-Defendant | Attorneys for Defendants/Counter-Plaintiff |
| Bridgewater Place | 126 S. Main Street |
| 333 Bridge Street NW, 17th Floor | Ann Arbor, MI 48104 |
| P.O. Box 352 | (734) 662-4426 |
| Grand Rapids, MI 49501-0352 | wstapleton@hooperhathaway.com |
| (616) 336-6000 | rhanson@hooperhathaway.com |

| | |
|---|---|
| ajbrody@varnumlaw.com<br>zihermiz@varnumlaw.com | Samuel A. Slater (#43212)<br>T. Nelson Hughes, Jr.  (#59342)<br>WYRICK ROBBINS LLP<br>Attorneys for Defendants/Counter-Plaintiff<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607<br>(919) 781-4000<br>sslater@wyrick.com<br>nhughes@wyrick.com |

## ORDER REGARDING
## EXTENSION OF LR 7.1(d) PAGE LIMIT REGARDING PLAINTIFF'S AND DEFENDANTS' RESPONSES TO THE MOTIONS FOR SUMMARY JUDGMENT

This matter having come before the Court on the stipulation of the parties, by and through their attorneys, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's and Defendants' Responses to the respective Motions for Summary Judgment may exceed 25 pages, but shall not exceed 35 pages, including footnotes and signatures.

**IT IS SO ORDERED.**

                                                    s/ Linda V. Parker
                                                    LINDA  V. PARKER
                                                    U.S. DISTRICT JUDGE

Dated: March 10, 2025