UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIRPRO DIAGNOSTICS, LLC,

    Plaintiff,

v.

DREW TECHNOLOGIES, INC.,
OPUS IVS, INC., AUTOENGINUITY, LLC,
and BRIAN HERRON,

    Defendants.

and

OPUS IVS, INC.,

    Counter-Plaintiff,

v.

AIRPRO DIAGNOSTICS, LLC,

    Counter-Defendant.
_____/

Case No. 22-cv-12969
Honorable Linda V. Parker

# **JUDGMENT**

On December 8, 2022, AirPro Diagnostics, LLC ("AirPro") filed a three-count Complaint against Drew Technologies, Inc, Opus IVS, Inc., AutoEnginuity, LLC, and Brian Herron (Defendants). On October 12, 2023, Opus IVS filed a two-count Counter-Complaint against AirPro. The parties subsequently filed cross-motions for summary judgment. In an Opinion and Order issued on this date, the

Court issued a decision finding the parties entitled to summary judgment with respect to the claims brought against them.

Accordingly,

**IT IS ORDERED** that AirPro's Complaint is **DISMISSED WITH PREJUDICE** and Opus IVS' Counter-Complaint is **DISMISSED WITH PREJUDICE**.

                                                  s/ Linda V. Parker
                                                  LINDA V. PARKER
                                                  U.S. DISTRICT JUDGE

Dated: September 29, 2025