UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company, | Case No. 22-12969-LVP-EAS |
| Plaintiff, | Honorable Linda V. Parker |
| v. | Magistrate Judge Elizabeth A. Stafford |
| DREW TECHNOLOGIES, INC., a Michigan corporation, OPUS IVS, INC., a Delaware corporation, AUTOENGINUITY, LLC, an Arizona limited liability corporation, and BRIAN HERRON, an individual, | |
| Defendants, | |
| and | |
| OPUS IVS, INC., | |
| Defendant/Counter-Plaintiff, | |
| v. | |
| AIRPRO DIAGNOSTICS, LLC, | |
| Plaintiff/Counter-Defendant. | |

---

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff/Counter-Defendant AirPro Diagnostics, LLC, appeals to the United States Court of Appeals for the Sixth Circuit from this

Court's Opinion and Order (ECF No. 65) and Judgment (ECF No. 66), both entered on September 29, 2025, as well as all prior opinions, rulings, and orders entered in this case.

Respectfully submitted,

Dated: October 29, 2025

By: */s/ Adam J. Brody*
Adam J. Brody (P62035)
VARNUM LLP
P.O. Box 352
Grand Rapids, MI 49501-0352
ajbrody@varnumlaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on the date below, I electronically filed the foregoing paper with the Clerk of the District Court using its CM/ECF System, which will then electronically notify ECF participants registered to receive notice via the CM/ECF electronic filing system.

                                                Respectfully submitted,

Dated: October 29, 2025            By: */s/ Adam J. Brody*
                                                 Adam J. Brody (P62035)
                                                 VARNUM LLP
                                                 P.O. Box 352
                                                 Grand Rapids, MI 49501-0352
                                                 ajbrody@varnumlaw.com

28145171