UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIRPRO DIAGNOSTICS, LLC,

    Plaintiff,

v.

DREW TECHNOLOGIES, INC.,
OPUS IVS, INC., AUTOENGINUITY, LLC,
and BRIAN HERRON,                       Case No. 22-cv-12969
                                                          Honorable Linda V. Parker

    Defendants.

and

OPUS IVS, INC.,

    Counter-Plaintiff,

v.

AIRPRO DIAGNOSTICS, LLC,

    Counter-Defendant.
_____/

**OPINION AND ORDER GRANTING MOTION TO HOLD ATTORNEYS' FEES AND COSTS MOTION IN ABEYANCE (ECF NO. 72) AND DENYING WITHOUT PREJUDICE MOTION FOR ATTORNEYS' FEES AND COSTS (ECF NO. 67)**

Following the entry of a Judgment in this matter on September 29, 2025 (ECF No. 66), Counter-Plaintiff Opus IVS, Inc. ("Opus") filed a motion for attorneys' fees and costs against Counter-Defendant AirPro Diagnostic Services,

LLC ("AirPro") (ECF No. 67). AirPro responded to the motion (ECF No. 71) but also filed a motion to stay (ECF No. 72) a ruling on Opus' request for fees and costs pending the outcome of AirPro's appeal of the Court's summary judgment decision. AirPro indicates that Opus consents to the stay. (ECF No. 72 at PageID.3006.)

Federal Rule of Civil Procedure 54(d)(2)(B) provides that "[u]nless a statute or a court order provides otherwise," a motion for attorney's fees must be filed "no later than 14 days after entry of judgment[.]" The advisory committee notes to the 1993 amendment of the rule provides that "[i]f an appeal on the merits is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing . . . a new period for filing [the motion] after the appeal has been resolved. Fed. R. Civ. P. 54(d), advisory committee's notes to 1993 amendment. If the Sixth Circuit Court of Appeals reverses this Court's ruling on Opus' counterclaim, its motion for attorney's fees and costs will be rendered moot. It is not an efficient use of the parties' or the Court's resources to litigate and adjudicate the issue of attorney's fees and costs until the appeal is resolved.

Therefore, the Court is **GRANTING** AirPro's unopposed motion (ECF No. 72) to hold the issue of attorney's fees and costs in abeyance pending the Sixth Circuit's decision on appeal. The Court is **DENYING WITHOUT PREJUDICE**

Opus' motion for attorney's fees and costs (ECF No. 67).  The Court will set a status conference after the appellate proceedings are concluded to assess whether a new briefing schedule for any motion for fees and costs is necessary.

    **SO ORDERED**.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: November 12, 2025